SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
David A. Gabianelli (State Bar No. 158170)
Julie E. Schwartz (State Bar No. 260624)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mgoodman@ssd.com
Email: dgabianelli@ssd.com
Email: jeschwartz@ssd.com

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC. and
MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WASSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-459 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| 1 | Plaintiff Kimberly Wasson ("Plaintiff") and Defendants Bayer Corporation, Bayer |
| 2 | HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation |
| 3 | (collectively, "Defendants") by and through their respective counsel, enter into the following |
| 4 | Stipulation: |
| 5 | WHEREAS, Plaintiff's Complaint was filed on February 2, 2010; |
| 6 | WHEREAS, Defendants issued a letter dated February 5, 2010 identifying this matter as a |
| 7 | tag-along action in connection with MDL No. 2100 pending in the United States District Court |
| 8 | for the Southern District of Illinois; |
| 9 | WHEREAS, responses currently are due from Defendants on March 10, 2010; and |
| 10 | WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to |
| 11 | discuss the disposition of this case and attempt to reach agreement on how it will be handled |
| 12 | going forward. |
| 13 | NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, |
| 14 | Defendants shall have until March 24, 2010 to respond to Plaintiff's Complaint. |
| 15 | IT IS SO STIPULATED. |

Dated: March 9, 2010

ROBINSON, CALCAGNIE & ROBINSON          SQUIRE, SANDERS & DEMPSEY LLP


By:_____/s/ Daniel Robinson_____          By:_____/s/ Julie E. Schwartz_____
        DANIEL ROBINSON                                      JULIE E. SCHWARTZ

Attorneys for Plaintiff                                   Attorneys for Defendants
KIMBERLY WASSON                                  BAYER CORPORATION,
                                                                  BAYER HEALTHCARE LLC,
                                                                   BAYER HEALTHCARE
                                                                   PHARMACEUTICALS INC. and
                                                                   MCKESSON CORPORATION

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 10-459 SI

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE SUSAN ILLSTON
United States District Judge

SANFRANCISCO/341466.2

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492